IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:99cr91-WHA |
| | ) | |
| ANTHONY DESHUN PAXTON | ) | (WO) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order filed in this case on this day denying the Motion for Expungement,

Final Judgment is hereby entered in favor of the United States and against the Defendant.

DONE this 20th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE